PER CURIAM.
Affirmed. Transamerican Freight Lines, Inc. v. Brada Miller Freight Systems, Inc., 423 U.S. 28, 96 S.Ct. 229, 46 L.Ed.2d 169 (1975); Empire Fire and Marine Ins. Co. v. State Farm Mut. Ins. Co., 368 So.2d 1329 (Fla. 3d DCA 1979); Great West Casualty Co. v. Mallinger Truck Line, 640 S.W.2d 479 (Mo.Ct.App.1982); Reeves v. B & P Motor Lines, Inc., 346 S.E.2d 673 (N.C.Ct.App.1986); see Insurance Co. of N. Am. v. Avis Rent-A-Car System, Inc., 348 So.2d 1149 (Fla.1977).